So. 111; Fleetwood v. Pacific Mut. Life Ins. Co., 246 Ala. 571, 21 So.2d 696, 159 A.L.R. 171.

 We will not charge error to the primary court in his action in overruling the motion for a new trial. Harden, Inc., v. Harden, 29 Ala.App. 411, 197 So. 94; Tennessee Coal, Iron & R. Co. v. Stevens, 115 Ala. 461, 22 So. 80.

As indicated it is our opinion that the judgment of the nisi prius court should be affirmed. It is so ordered.

Affirmed.

27 So.2d 708

## SOUTHEASTERN CONST. CO. v. W. L. GODWIN.

### 4 Div. 961.

Court of Appeals of Alabama.

Aug. 1, 1946.

Rehearing Denied Oct. 8, 1946.

London & Yancey, of Birmingham, for appellant.

E. O. Baldwin, of Andalusia, for appellee.

HARWOOD, Judge.

This case is similar in all respects as to points of decision involved in the case of Southeastern Construction Co., a Corporation, v. Donald Robbins, Ala.App., 27 So. 2d 703,[1] appealed from Covington Circuit Court. The matters involved grew out of the same transaction. Upon authority of the Robbins case, supra, the judgment appealed from in this case is affirmed.

Affirmed.

[1] Ante, p. 532.

27 So.2d 709

## SOUTHEASTERN CONST. CO. v. W. J. GODWIN.

### 4 Div. 962.

Court of Appeals of Alabama.

Aug. 1, 1946.

Rehearing Denied Oct. 8, 1946.

London & Yancey, of Birmingham, for appellant.

E. O. Baldwin, of Andalusia, for appellee.

BRICKEN, Presiding Judge.

This case is similar in all respects as to points of decision involved in the case of Southeastern Construction Co., a Corporation, v. Donald Robbins, Ala.App., 27 So. 2d 703,[1] appealed from Covington Circuit Court. The matters involved grew out of the same transaction. Upon authority of the Robbins case, supra, the judgment appealed from in this case is affirmed.

Affirmed.

27 So.2d 710

## ALABAMA DRY DOCK & SHIPBUILDING CO. v. WARD.

### 1 Div. 520.

Court of Appeals of Alabama.

March 19, 1946.

Rehearing Granted Aug. 1, 1946.

Further Rehearing Denied Oct. 8, 1946.

[1] Ante, p. 532.